# IN THE SUPREME COURT OF THE STATE OF NEVADA

DILON A. HESS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 78307

**FILED**

APR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a "denial of motion to dismiss indictment for failure to provide proper Marcum notice and other pretrial violations."[1]  Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to dismiss an indictment and other pretrial violations, this court lacks jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990).  Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]Appellant's jury trial is scheduled for July 22, 2019.

19-15104

cc: Hon. Douglas W. Herndon, District Judge
Mace J. Yampolsky, Ltd.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A